# Sterrett v. Davie.

129 269
133 154

*Action to recover Damages for Personal Injuries.*

1. *Bill of exceptions; when properly stricken from record.*—Where the bill of exceptions contained in a transcript appears to have been signed after the time fixed by law for the adjournment of the term of the court at which the case was tried, and the record contains neither an order of the court nor an agreement between the parties extending the time for signing the bill of exceptions, the appellate court is not authorized to consider such bill of exceptions and the same should be stricken from the record.

[Sterrett v. Davie.]

APPEAL from the Circuit Court of Bibb.
Tried before the Hon. JOHN MOORE.

This was an action brought by the appellant against the appellee to recover damages for personal injuries. The appeal is prosecuted by the plaintiff from a judgment in favor of the defendant. The only rulings assigned as error were reserved in the bill of exceptions. The bill of exceptions was signed by the presiding judge after the time fixed by law for the adjournment of the court, and the record contains neither an order of the court nor an agreement between the parties extending the time for the signing of the bill of exceptions.

J. M. McMASTER and W. W. QUARLES and DENSON & TANNER, for appellant.

HOLMES, LAVENDER & FULLER, contra.

SHARPE, J.—That which is set out in the transcript as a bill of exceptions purports to have been signed as such after the time fixed by law for the adjournment of the term of court at which the case was tried, and the record contains neither an order of the court nor an agreement extending the time for signing the bill. This court is not authorized to consider as a bill of exceptions a writing which does not affirmatively appear to have been authenticated in accordance with the statutes and rules of court as found in the Code.—§ 615, et seq., Rule 30; Bryant v. State, 36 Ala. 270; Powell v. Sturdevant, 85 Ala. 243; Beal v. State, 99 Ala. 234; 1 Brick. Dig., 245.

No matters being assigned as error except those which lack support for want of a proper bill of exceptions, the judgment must be affirmed.